JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 589 -- In re Giacomino Construction Company Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/03/16 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SVC. -- Giacomino Construction Company; SUGGESTED TRANSFEREE DISTRICT: N.D. Illinois; SUGGESTED TRANSFEREE JUDGE: (emh) |
| 84/03/26 | 2 | REQUEST FOR EXTENSION OF TIME -- National Bonding Accident Insurance Co. -- GRANTED TO ALL PARTIES TO AND INCLUDING MAY 2, 1984 (cds) |
| 84/03/26 | | APPEARANCES: TODD C. LYSTER, ESQ. for Giacomino Construction Co.; and SIDNEY L. FRANK, ESQ. for National Bonding & Accident Ins. Co. (cds) |
| 84/03/27 | | APPEARANCE: ROBIN J. OMAHANA, ESQ. FOR Fogel & Associates, Inc. and Edward Gluklick (cds) |
| 84/04/06 | 3 | CROSS-MOTION/BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Fogel & Associates, Inc. of Michigan, Fogel & Associates, Inc. of New York and Edward Gluklick -- SUGGESTED TRANSFEREE DISTRICT: E.D. Michigan (ds) |
| 84/04/10 | 4 | OPPOSITION TO REQUEST OF NATIONAL BONDING AND ACCIDENT INSURANCE COMPANY FOR AN EXTENSION OF TIME -- filed by pltf. Giacomino Construction Co. w/cert. of svc. (ds) |
| 84/04/13 | | HEARING ORDER -- Setting motion to transfer A-1 - A-3 for Panel hearing in Washington, D.C. on May 17, 1984 (cds) |
| 84/04/30 | 5 | RESPONSE -- National Bonding & Accident Insurance Co. w/cert. of svc. and Exhibits A thru D. (ds) |
| 84/05/07 | 6 | RESPONSE (to pldg. 5) -- Giacomino Construction Co. -- w/cert. of service and Exhibits A & B (cds) |
| 84/05/07 | 7 | REPLY (to pldg. 3) -- Giacomino Construction Co. -- w/cert. of service and Exhibits A & B (cds) |
| 84/05/11 | | WAIVERS OF ORAL ARGUMENT -- All parties waived (ds) |
| 84/06/08 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Susan Getzendanner, N.D. Illinois, for pretrial proceedings pursuant to 28 U.S.C. §1407. (ds) |
| 84/06/08 | | TRANSFER ORDER -- transferring A-2 and A-3 to the N.D. Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients. (ds) |

86/04/30    ORDER ADMINISTRATIVELY CLOSING DOCKET -- Notified involved
            counsel, judge and clerk (rh)

JPML Form 1

Revised: 8/78

DOCKET NO. 589 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE GIACOMINO CONSTRUCTION COMPANY CONTRACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 17, 1984 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 8, 1984 | TO | Unpublished | N.D. Illinois | Susan Getzendanner | |

Special Transferee Information

DATE CLOSED: April 30, 1986

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 589 -- In re Giacomino Construction Company Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Giacomino Construction Co. v. National Bonding & Assident Insurance Co., et al. | N.D.Ill. Getzendanner | 84-C-1478 | | | | |
| A-2 | National Bonding & Accident Insurance Co. v. Giacomino Construction Co., et al. | E.D.Mo. Filippine | 84-0132C(2) | 6/8/84 | 84C667/ | 10/1/84 D | |
| A-3 | Fogel & Associates, Inc. v. National Bonding & Accident Insurance Co., et al. | E.D.Mich. ~~Taylor~~ Cohn | 83-CV-5611-DT | 6/8/84 | 84C7174 | 10/1/84 D | |

July 1985 - 2 Dis /1 Pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 589 -- In re Giacomino Construction Company Contract Litigation

| | |
|---|---|
| GIACOMINO CONSTRUCTION COMPANY (A-1)<br>Todd C. Lyster, Esq.<br>1560 N. Clark Street<br>Suite 4202<br>Chicago, Illinois  60610<br><br>NATIONAL BONDING & ACCIDENT INSURANCE CO. (A-2)<br>Sidney L. Frank, Esq.<br>Frank & Stefani, P.C.<br>1650 W. Big Beaver Road<br>Suite 200-B<br>Troy, Michigan  48084<br><br>FOGEL & ASSOCIATES, INC. (A-3)<br>EDWARD GLUKLICK<br><br>Robin J. Omahana<br>Coffield Ungaretti Harris & Slavin<br>3500 Three First National Plaza<br>Chicago, Illinois  60602 | STATE TRANSPORT, INC.<br>Unable to determine counsel<br><br>Anthony Giacomino<br>Patricia Giacomino<br>(no appearance received)<br>Todd C. Lyster, Esq.<br>(same as A-1) |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 589 -- In re Giacomino Construction Company Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| National Bonding & Assident Insurance Co. | A-1, 3 |
| Fogel & Associates, Inc. | A-1 |
| Edward Gluklick | A-1 |
| Giacomino Construction Co. | A-2, 3 |
| State Transport, Inc. | A-2 |
| Anthony Giacomino<br>Patricia Giacomino | A-2 |