JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN -8 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 589

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GIACOMINO CONSTRUCTION COMPANY CONTRACT LITIGATION

TRANSFER ORDER*

   This litigation presently consists of three actions pending in three districts as follows: one action each in the Northern District of Illinois, the Eastern District of Missouri and the Eastern District of Michigan. Before the Panel is a motion by Giacomino Construction Company (Giacomino), a party to all three actions, to transfer, pursuant to 28 U.S.C. §1407, the Missouri and Michigan actions to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with the action pending there. National Bonding & Accident Insurance Company (National Bonding), another party to all three actions, cross-moves to centralize the actions in the Eastern District of Michigan. Fogel & Associates of Michigan (Fogel), a party to two of the actions; and Fogel & Associates of New York and Edward Glucklick, defendants in the Illinois action, oppose Giacomino's Section 1407 motion, and, in the alternative, also cross-move to centralize the actions in the Eastern District of Michigan.

   On the basis of the papers filed,[1/] the Panel finds that these three actions involve common questions of fact and that centralization under Section 1407 in the Northern District of Illinois will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All three actions allegedly involve a dispute concerning the amount of money owed by the parties to each other as a result of construction work completed by Giacomino for National Bonding and the United States Army Corp of Engineers for which Fogel provided consulting services. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

   We are persuaded that the Northern District of Illinois is the appropriate transferee forum for this litigation. We note that 1) several potential witnesses are located in the Chicago area, including former Giacomino employees and a former counsel for National Bonding, and 2) the Northern District of Illinois is centrally located in relation to other potential witnesses and the parties.

---

*   Judges Robert H. Schnacke and Sam C. Pointer, Jr. took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the following Schedule A and pending in districts other than the Northern District of Illinois be, and the same hereby are, transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Susan Getzendanner for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

Schedule A

MDL-589 -- In re Giacomino Construction Company Contract Litigation

    Eastern District of Michigan

Fogel & Associates, Inc. v. National Bonding & Accident Insurance Co., et al., C.A. No. 83-CV-5611-DT

    Eastern District of Missouri

National Bonding & Accident Insurance Co. v. Giacomino Construction Co., et al., C.A. No. 84-0132C(2)

    Northern District of Illinois

Giacomino Construction Co. v. National Bonding & Accident Insurance Co., et al., C.A. No. 84-C-1478

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 30

PATRICIA D. HOWARD
CLERK OF THE PANEL

MDL-589

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GIACOMINO CONSTRUCTION COMPANY LITIGATION

ORDER ADMINISTRATIVELY CLOSING DOCKET

On June 8, 1984, an unpublished transfer order was filed by the Panel transferring single actions from the Eastern District of Missouri and the Eastern District of Michigan to the Northern District of Illinois for coordinated or consolidated pretrial proceedings. On October 1, 1984, both actions transferred under 28 U.S.C. §1407 were terminated in the transferee district. Considering that the single remaining action in this litigation was originally filed in the transferee district, the Northern District of Illinois, it is unlikely that future involvement of the Panel will be necessary in this litigation. Consequently,

IT IS ORDERED that this docket be and the same is administratively CLOSED.

FOR THE PANEL:

Patricia D. Howard
Clerk of the Panel